UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 2 4 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 1:20-cr- 249-JMS-TAB |
| JAMES PERRY, ) | |
| Defendant. ) | |

### INDICTMENT

[18 U.S.C. § 922(g)(1)]
[Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about June 8, 2020, within the Southern District of Indiana, JAMES PERRY, the defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Taurus G2 9mm handgun, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

   Armed Robbery in Cause Number 48D03-0204-FB-000135, Madison County, Indiana, on or about September 23, 2002, and/or

   Criminal Confinement in Cause Number 48D03-0204-FB-000135, Madison County, Indiana, on or about September 23, 2002, and/or

   Unlawful Possession of a Firearm by a Serious Violent Felon in Cause Number 48C04-1205-FB-000980, Madison County, Indiana, on or about March 11, 2013, and/or

   Failure to Return to Lawful Detention in Cause Number 48C04-1509-F6-001456, Madison County, Indiana, on or about November 30, 2015,

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.  Pursuant to Title 18, United States Code, Section 924(d), if convicted of the Count in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3.  The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a.  One Taurus G2 9mm handgun bearing serial number TKM57158; and

    b.  Any ammunition associated with the offense.

4.  In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Abhishek S. Kambli
Assistant United States Attorney

2