UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-00249-JMS-TAB |
| | ) | |
| JAMES PERRY (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kendra Klump's Report and Recommendation dkt [64] recommending that James Perry's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [64]. The Court finds that Mr. Perry committed Violation Numbers 1, 2 and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [55]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Perry is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months and with no supervised release to follow.

Date: 11/30/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system